IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| TEKNEK, LLC | ) | |
| | ) | Case No. 05 B 27545 |
| Debtor. | ) | |
| | ) | Judge Jacqueline P. Cox |
| LAWRENCE FISHER, TRUSTEE, | ) | |
| | ) | Adversary No. 06-00412 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SHEILA HAMILTON, et.al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**NOTICE OF MOTION**

To:   See Attached Service List

Please Be Advised that on August 16, 2006 at 9:30 a.m., the undersigned will appear by counsel before the Honorable Jacqueline P. Cox, or any judge presiding in her stead in Courtroom 619, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the Motion of Technica USA, Inc. to Quash Subpoena Duces Tecum, a copy of which is attached hereto.

**Technica USA, Inc.**

By:   /s/ Gregory J. Jordan
One of Its Attorneys

Gregory J. Jordan (ARDC #6205510)
Peter J. Schmidt (ARDC #6256638)
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700
(312) 876-1155 (Facsimile)

## CERTIFICATE OF SERVICE

    I, Gregory J. Jordan certify that on August 2, 2006, I served this Notice of Motion, and the document referred to herein, on the persons listed on the attached service list, by electronically filing the same with the United States Bankruptcy Court and by facsimile on any parties not receiving electronic service, before the hour of 5:00 p.m.

                                                   /s/ Gregory J. Jordan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| TEKNEK, LLC | ) | |
| | ) | Case No. 05 B 27545 |
| Debtor. | ) | |
| | ) | Judge Jacqueline P. Cox |
| LAWRENCE FISHER, TRUSTEE, | ) | |
| | ) | Adversary No. 06-00412 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SHEILA HAMILTON, et.al. | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## SERVICE LIST

Neal H. Levin
James M. Witz
Joji Takada
Freeborn & Peters, LLP
311 S. Wacker, Ste 3000
Chicago, IL 60606
VIA FACSIMILE (312) 360-6573

John A. Lipinsky
Coman & Anderson, P.C.
2525 Cabot Drive
Suite 300
Lisle, IL 60532
VIA FACSIMILE (630) 428-2549

Jay A. Steinberg
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764
Via E-mail: bankruptcytrustee-receiver@lepetomaneinctrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceeding |
| | ) | |
| TEKNEK, LLC | ) | |
| | ) | Case No. 05 B 27545 |
| Debtor. | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| LAWRENCE FISHER, TRUSTEE, | ) | |
| | ) | Adversary No. 06-00412 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SHEILA HAMILTON, et.al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION OF TECHNICA, USA, INC. TO QUASH SUBPOENA DUCES TECUM

Now comes Technica, USA, Inc. ("Technica") by and through Gregory J. Jordan and Peter J. Schmidt, and the law firm of Dykema Gossett PLLC, its counsel, and moves this court, pursuant to Rule 26, Rule 26(b)(2), Rule 45(c)(3)(A)(ii)-(iv) and Rule 45(c)(3)(B)(i) of the Federal Rules of Civil Procedure, which apply to these proceedings pursuant to Rules 7026 and 7045 of the Federal Rules of Bankruptcy Procedure, to Quash the Subpoena Duces Tecum (the "Subpoena") issued by Phillip D. Levey the Chapter 7 Trustee for the Estate of Teknek, LLC (the "Trustee") to Technica. A copy of the subpoena duces tecum served on Technica is attached as Exhibit A. In support thereof, Technica states as follows:

1. This Court should quash the Subpoena due to the fact that the discovery being sought is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome, or less expensive. Rule 26(b)(2).

2. This Court should quash the Subpoena due to undue burden. Rule 45(c)(A)(iv).

- 1 -

3. This Court should quash the Subpoena because the Trustee seeks privileged information not germane to this adversary proceeding. Rule 45(c)(A)(iii).

4. This Court should quash the Subpoena because the Trustee requires disclosure of trade secrets or other confidential research, development, or commercial information. Rule 45(c)(B)(i).

5. This Court should quash the Subpoena because the burden or expense of the proposed discovery outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the litigation, and the importance of the proposed discovery in resolving the issues. Rule 26(b)(2)(iii).

6. This Court should quash the Subpoena because the Trustee seeks to engage in a fishing expedition not allowed under the Federal Rules of Civil Procedure, which are applicable to this proceeding through the Federal Rules of Bankruptcy Procedure. Rule 26.

7. This Court should quash the Subpoena for the Trustee's failure to open an ancillary case in the district through which the Subpoena was allegedly served. Rule 45(c)(A)(ii).

8. Attached hereto as Exhibit "B" is an affidavit from the President and CEO of Technica in support of this motion.

9. In further support of this motion, Technica has filed a memorandum of law.

- 3 -

WHEREFORE, Technica respectfully requests that this Court enter an order quashing the subpoenas duces tecum served on Technica, and granting such other and further relief as the Court deems just.

Dated: August 2, 2006

                            **Respectfully Submitted,**

                            **Technica, USA, Inc.**

                        By: ____/s/ Gregory J. Jordan_____
                              One of Its Attorneys

Gregory J. Jordan (ARDC #6205510)
Peter J. Schmidt (ARDC #6256638)
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2171
(866) 698-0830 (Facsimile)

CHICAGO\2223482.1
ID\PJSC